**Electronically Filed**
**Supreme Court**
**SCWC-17-0000676**
**19-SEP-2022**
**12:04 PM**
**Dkt. 10 ODAC**

SCWC-17-0000676

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

LIFE CARE CENTER OF HILO, Petitioner/Appellant-Appellant,

v.

DEPARTMENT OF HUMAN SERVICES, Respondent/Appellee-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000676; CIVIL NO. 16-1-0413)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

The application for writ of certiorari filed on
August 1, 2022, by Petitioner/Appellant-Appellant Life Care
Center of Hilo is hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 19, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

